UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PANZARINO, DOMENICO § Case No. 09-38745
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    KENNETH S. GARDNER
                    219 S. Dearborn Street
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/03/2014 in Courtroom 4016,
                    DuPage County Courthouse
                    505 N. County Farm Rd.
                    Wheaton, IL 60108
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2013                   By: KENNETH S. GARDNER
                                                                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PANZARINO, DOMENICO § Case No. 09-38745
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 49,549.51 |
| and approved disbursements of | $ | 161.43 |
| leaving a balance on hand of[1] | $ | 49,388.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,704.95 | $ 0.00 | $ 5,704.95 |
| Attorney for Trustee Fees: Cohen & Krol | $ 21,030.00 | $ 0.00 | $ 21,030.00 |
| Other: Cohen & Krol | $ 203.81 | $ 0.00 | $ 203.81 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 26,938.76 |
| Remaining Balance | $ | 22,449.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Case 09-38745    Doc 55    Filed 12/12/13    Entered 12/14/13 23:36:43    Desc Imaged
                    Certificate of Notice    Page 3 of 6

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,477.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | INTERNAL REVENUE SERVICE | $ 4,477.62 | $ 0.00 | $ 4,477.62 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 4,477.62 |
| Remaining Balance | $ | 17,971.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 251,648.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Ozinga Illinois RMC, Inc. | $ 88,981.63 | $ 0.00 | $ 6,354.70 |
| 000004 | American Contractors Indemnity Co. | $ 13,452.78 | $ 0.00 | $ 960.74 |
| 000006 | VCNA Prairie Illinois Inc | $ 149,214.02 | $ 0.00 | $ 10,656.26 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 17,971.70 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 708.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | $ 708.52 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $    0.00

Remaining Balance    $    0.00

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-38745-DRC
Domenico Panzarino                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2            Date Rcvd: Dec 12, 2013
                              Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
db         #Domenico Panzarino,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591789   +A & R Cement, Inc.,    805 Seacrest,    Bartlett, IL 60103-5094
14591790   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591808   +American Chartered Bank,    388 S. Main Street,    Bartlett, IL 60103-4423
14591809   +American Contractors Indemnity Co.,     c/o Elizer & Meyerson LLC,    900 Skokie Blvd, Ste. 100,
             Northbrook, IL 60062-4014
14591810    Apple Canyon Lake POA,    14 A 157 Canyon Club Drive,    Apple River, IL 61001
14591812    Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
14591823   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,     P.O. Box 6029,    The Lakes, NV 88901-6029)
14591813   +Claude H. Hurley Co.,    175 West First Street,    Elmhurst, IL 60126-2815
14591815   +David R. Heidner,    159 Wellington Dr,    Bloomingdale, IL 60108-3012
14591818   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,     National Bankruptcy Service Ctr,    P.O. Box 537901,
             Livonia, MI 48153-7901)
14591824    HSBC Card Services,    PO Box 17313,    Baltimore, MD 21297-1313
14591820   +Highway Technologies, Inc.,    33946 Treasury Center,    Chicago, IL 60694-3900
14591821   +Holmes Testing Laboratories, Inc.,     PO Box 1377,   Deerfield, IL 60015-6006
14591825   +Litton Loan Servicing,    C/O: McCalla Raymer LLC,    1544 Old Alabama Road,
             Roswell, GA 30076-2102
14591827    Menards,   PO Box 5219,    Carol Stream, IL 60197-5219
14591826    Menards,   Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
14591830    Ozinga Illinois RMC, Inc.,    c/o Raphael E Yalden II Yalden, Olsen &,    1318 E State Street,
             Rockford, IL 61104-2228
14591831   +VCNA Prairie Illinois Inc,    c/o: John J. O'Leary, Walters Levine Kli,    20 S Clark St # 500,
             Chicago, IL 60603-1832
14591835   +W.C. French,    PO Box 572884,    Houston, TX 77257-2884
14591836   +West Bend Mutual Insurance Co,    1900 South 18th Ave,    West Bend, WI 53095-9791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14591811    E-mail/Text: g17768@att.com Dec 13 2013 00:55:56      AT & T,   P.O. Box 8100,
             Aurora, IL 60507-8100
14591814    E-mail/Text: creditonebknotifications@resurgent.com Dec 13 2013 00:56:01       CreditOne Bank,
             PO Box 60500,    City Of Industry, CA 91716-0500
16780925    E-mail/Text: cio.bncmail@irs.gov Dec 13 2013 00:56:11      Department of Treasury -,
             Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14591817    E-mail/Text: bankruptcy@wrightexpress.com Dec 13 2013 00:56:48       Fleet Services,   PO Box 6293,
             Carol Stream, IL 60197-6293
14591819    E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2013 00:55:52       GMAC,   P.O. Box 217060,
             Auburn Hills, MI 48321
15022776   +E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2013 00:55:52       GMAC,   PO Box 130424,
             Roseville, MN 55113-0004
14591822    E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2013 01:00:20      Home Depot,    P.O. 103047,
             Roswell, GA 30076
14591828   +E-mail/Text: bankrup@aglresources.com Dec 13 2013 00:55:45       Nicor,   PO Box 310,
             Aurora, IL 60507-0310
14591834    E-mail/Text: appebnmailbox@sprint.com Dec 13 2013 00:56:44       Sprint,   PO Box 4181,
             Carol Stream, IL 60197-4181
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14591797*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591798*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591799*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591800*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591801*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591802*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591803*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591804*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591805*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591806*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591791*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591792*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591793*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591794*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591795*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591796*   +A & R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591807*   +A&R Cement, Inc.,    805 Seacrest Lane,    Bartlett, IL 60103-5094
14591829*  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Office Depot,    PO Box 689020,    Des Moines, IA 50368-9020)
14591816*   +David R. Heidner,    159 Wellington Drive,    Bloomingdale, IL 60108-3012
14630814*  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
             Livonia  MI  48153-9905)

```
District/off: 0752-1          User: adragonet             Page 2 of 2                  Date Rcvd: Dec 12, 2013
                              Form ID: pdf006             Total Noticed: 30

             ***** BYPASSED RECIPIENTS (continued) *****
14591833*    +Rita Panzarino,   805 Seacrest,    Bartlett, IL 60103-5094
14591832   ##+Rita Panzarino,   805 Seacrest,    Bartlett, IL 60103-5094
                                                                                          TOTALS: 0, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2013 at the address(es) listed below:
              Colleen E McManus    on behalf of Defendant    Deutsche Bank National Trust Company
               cmcmanus@carlsondash.com,   knoonan@carlsondash.com;jbubacz@carlsondash.com
              David  Brown, ESQ    on behalf of Debtor Domenico  Panzarino dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              E. Philip  Groben    on behalf of Plaintiff Gina B. Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gabrielle  Hirz    on behalf of Defendant    United States of America, Department of Treasury,
               Internal Revenue Services gabrielle.g.hirz@usdoj.gov,   northern.taxcivil@usdoj.gov
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Plaintiff Gina B. Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Attorney Gina B Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raphael E Yalden    on behalf of Creditor    Ozinga Illinois RMC, Inc. raphaeleyaldenii@msn.com
                                                                                             TOTAL: 10