Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
PANZARINO, DOMENICO                       §        Case No. 09-38745 DRC
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apple Canyon Lake POA 14 A 157 Canyon Club Drive Apple River, IL 61001 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000002 | GMAC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & R Cement, Inc. 805 Seacrest Bartlett, IL 60103 | | | | | |
| | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | American Chartered Bank 388 S. Main Street Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15710 Wilmington, DE 19886-5710 | | | | | |
| | Claude H. Hurley Co. 175 West First Street Elmhurst, IL 60126 | | | | | |
| | CreditOne Bank PO Box 60500 City Of Industry, CA 91716-0500 | | | | | |
| | David R. Heidner 159 Wellington Dr Bloomingdale, IL 60108 | | | | | |
| | Fleet Services PO Box 6293 Carol Stream, IL 60197-6293 | | | | | |
| | HSBC Card Services PO Box 17313 Baltimore, MD 21297-1313 | | | | | |
| | Highway Technologies, Inc. 33946 Treasury Center Chicago, IL 60694 | | | | | |
| | Holmes Testing Laboratories, Inc. PO Box 1377 Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot P.O. 103047 Roswell, GA 30076 | | | | | |
| | Menards Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | | | | |
| | Nicor PO Box 310 Aurora, IL 60507 | | | | | |
| | Office Depot PO Box 689020 Des Moines, IA 50368-9020 | | | | | |
| | Sprint PO Box 4181 Carol Stream, IL 60197-4181 | | | | | |
| | West Bend Mutual Insurance Co 1900 South 18th Ave West Bend, WI 53095 | | | | | |
| 000004 | AMERICAN CONTRACTORS INDEMNITY CO. | | | | | |
| 000003 | OZINGA ILLINOIS RMC, INC. | | | | | |
| 000006 | VCNA PRAIRIE ILLINOIS INC | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Case 09-38745 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 15:19:54 Desc Main
Doc 58 Filed 09/09/14 Entered 09/09/14

ASSET CASES

Document Page 9 of 11

Page: 1

Case No:      09-38745      DRC   Judge: Donald R. Cassling

Case Name:   PANZARINO, DOMENICO

For Period Ending: 08/14/14

Trustee Name:                        GINA B. KROL
Date Filed (f) or Converted (c):     10/16/09 (f)
341(a) Meeting Date:                 12/01/09
Claims Bar Date:                     02/17/11

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real estate | 330,000.00 | 10,162.26 | | 49,549.51 | FA |
| 2. 1/2 interest in small lot in Apple Canyon Lake, Ap | 8,000.00 | 7,573.32 | | 0.00 | FA |
| 3. Account no. xxxx965 at American Chartered Bank, 38 | 200.00 | 200.00 | | 0.00 | FA |
| 4. joint checking account at Harris Bank | 300.00 | 300.00 | | 0.00 | FA |
| 5. Debtor is signatory on business account of A&R Cem | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods (1/2 interest) | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 7. Clothing | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. watches, wedding ring | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. A & R Cement, Inc. (sole shareholder) incorporated | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1999 Lincoln Navigator | 3,100.00 | 3,100.00 | | 0.00 | FA |
| 11. 2006 Chevy Equinox | 9,350.00 | 9,350.00 | | 0.00 | FA |
| 12. 2004 Lincoln Aviator (valued per Kelley Blue Book | 12,865.00 | 12,865.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $375,815.00      $55,550.58                    $49,549.51      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is ready to submit TFR

October 17, 2013, 02:36 pm

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/21/13

/s/     GINA B. KROL

_____ Date: 08/14/14

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-38745 -DRC | |
| Case Name: | PANZARINO, DOMENICO | |
| | | |
| Taxpayer ID No: | *******2493 | |
| For Period Ending: | 08/14/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0717 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/13 | 1 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | | 1110-000 | 49,549.51 | | 49,549.51 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.63 | 49,532.88 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.63 | 49,459.25 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.17 | 49,388.08 |
| 01/07/14 | 030001 | Cohen & Krol<br>105 W. Madison  St.<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 14,020.00 | 35,368.08 |
| 01/07/14 | 030002 | Cohen & Krol<br>105 W. Madison  St.<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 203.81 | 35,164.27 |
| 01/07/14 | 030003 | GINA B. KROL<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney Fees per court order | 3110-000 | | 7,010.00 | 28,154.27 |
| 01/07/14 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,704.95 | 22,449.32 |
| 01/07/14 | 030005 | INTERNAL REVENUE SERVICE<br>IRS Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000005, Payment 100.00000%<br>(5-1) 2006-2007 Form 1040 tax | 5800-000 | | 4,477.62 | 17,971.70 |
| 01/07/14 | 030006 | Ozinga Illinois RMC, Inc.<br>c/o Raphael E Yalden II Yalden, Olsen &<br>1318 E State Street<br>Rockford, IL 61104-2228 | Claim 000003, Payment 7.14159%<br>(3-1) Guaranty of A & R Cement's<br>debt | 7100-900 | | 6,354.70 | 11,617.00 |
| 01/07/14 | 030007 | American Contractors Indemnity Co.<br>c/o Elizer & Meyerson LLC<br>900 Skokie Blvd, Ste. 100<br>Northbrook, IL 60062 | Claim 000004, Payment 7.14157%<br>(4-1) Plus contingent claim of<br>$11,231.92 | 7100-900 | | 960.74 | 10,656.26 |
| 01/07/14 | 030008 | VCNA Prairie Illinois Inc<br>c/o: John J. O'Leary, Walters Levine Kli | Claim 000006, Payment 7.14159%<br>(6-1) Claim based on Personal | 7100-900 | | 10,656.26 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-38745  -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PANZARINO, DOMENICO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0717  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2493 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 20 S Clark St # 500<br>Chicago, IL 60603 | Guarandy of debt of A & R Cement, Inc | | | | |

| | Account  *******0717 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | | 49,549.51 | 8 | Checks | 49,388.08 |
| | | 0 | Interest Postings | | 0.00 | 3 | Adjustments Out | 161.43 |
| | | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ | 49,549.51 | | | |
| | | | | | | | Total | $ 49,549.51 |
| | | 0 | Adjustments In | | 0.00 | | | |
| | | 0 | Transfers In | | 0.00 | | | |
| | | | Total | $ | 49,549.51 | | | |

/s/      GINA B. KROL

Trustee's Signature: _____  Date: 08/14/14

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

LFORM2T4

Ver: 18.00b

Page:   2